1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ASKIA S. ASHANTI,                )      No.  CV 15-10026-DDP (AGR)
                                      )
12              Petitioner,            )
                                      )
13        v.                          )      ORDER ACCEPTING FINDINGS AND
                                      )      RECOMMENDATION OF UNITED
14   JENNIFER BARRETO,                )      STATES MAGISTRATE JUDGE
                                      )
15              Respondent.           )
                                      )
16   ─────────────────────────────────)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18   including the magistrate judge's Report and Recommendation.  No objections to the

19   Report have been filed.  The Court agrees with the recommendation of the

20   magistrate judge.

21        IT IS ORDERED that Petitioner's motion for a stay pending the outcome of

22   Proposition 47 proceedings in state court is denied.

23

24   DATED: 9.13.18          _____

25                                    DEAN D. PREGERSON
                                   United States District Judge
26

27

28