# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA S. ASHANTI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent. | NO. CV 15-10026-DDP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge, the Objections, the Supplemental Objections and the "Notification & Judicial Notice of Pending ('Case Related Actions')" and the Second Supplemental Objections. (Dkt. Nos. 95-97, 100.) Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED as follows:

(1) Petitioner's motion for judgment on the pleadings is denied;

(2) Respondent's motion to dismiss Ground Three is granted;

(3) Respondent's motion to dismiss Grounds One, Two and Six is denied;

(4) Respondent is ordered to file an Answer within 75 days after entry of this order.

This matter is referred back to the Magistrate Judge for further proceedings.

DATED: March 20, 2020

_____
DEAN D. PREGERSON
United States District Judge