UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA S. ASHANTI,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent. | NO. CV 15-10026-DDP (AGR)<br><br>ORDER (1) ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE; AND (2) GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS CERTAIN GROUNDS FOR RELIEF |

　　　Petitioner has filed a motion to stay and notice of change of address. (Dkt. No. 150.) Petitioner advises the Court that he has been resentenced and discharged from prison. Petitioner voluntarily dismisses the sentencing-related claims (Grounds Four, Five and Six) in his Petition for Writ of Habeas Corpus ("Petition").[1]

---

[1] Petitioner previously filed a motion for expedited judgment. (Dkt. No. 146.) This motion, which addressed sentencing related claims before Petitioner's release, is moot in light of Petitioner's motion for dismissal of Grounds Four, Five and Six.

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's previous motion for leave to amend the Petition ("Supplemental Amendment Motion"), the other records on file, the Report and Recommendation ("Report") of the United States Magistrate Judge, and the Objections to the Report. (Dkt. No. 131, 141.) The Court has further reviewed the magistrate judge's order denying Petitioner's request for sanctions against Respondent and Petitioner's objections. (Dkt. Nos. 134, 136, 137.) The Court has engaged in a *de novo* review of those portions of the Report and Order to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Petitioner's motion for leave to amend the Petition for Writ of Habeas Corpus is denied;

(2) Petitioner's motion to dismiss Grounds Four, Five, and Six of the Petition is GRANTED (Dkt. No. 150) and Petitioner's request for expedited judgment is DENIED (Dkt. No. 146).

(3) Respondent shall file a response to surviving Grounds One and Two in the Petition within 30 days after entry of this Order;

(4) Petitioner's objections to the Order denying Petitioner's motion for sanctions against Respondent are OVERRULED; and

(5) Petitioner's request for a stay pending resentencing proceedings is DENIED AS MOOT.

This matter is referred back to the Magistrate Judge for further proceedings.

DATED: June 27, 2022

DEAN D. PREGERSON
United States District Judge